UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ALETA R. STRONG, | Civil No. 3:21-CV-05497-RSM |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the above-captioned case be

REVERSED and REMANDED for further administrative proceedings pursuant to sentence four

of 42 U.S.C. § 405(g).  On remand, the Commissioner will instruct the administrative law judge

(ALJ) to conduct a new hearing, further develop the record, and issue a new decision.  The ALJ

will reevaluate the medical opinions of record and prior administrative findings, consistent with

20 C.F.R. § 416.920c.  The ALJ will reevaluate Plaintiff's symptoms, consistent with 20 C.F.R.

§ 416.929 and Social Security Ruling (SSR) 16-3p.  The ALJ will reassess Plaintiff's residual

functional capacity, consistent with 20 C.F.R. § 416.945, SSR 85-15, and SSR 96-8p.  As

necessary, the ALJ will obtain testimony from a vocational expert and proceed with the

sequential evaluation.

Page 1        ORDER - [3:21-CV-05497-RSM]

DATED this 24th day of January, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Edmund Darcher
EDMUND DARCHER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2662
Fax: (206) 615-2531
edmund.darcher@ssa.gov

Page 2        ORDER - [3:21-CV-05497-RSM]