UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ALETA R STRONG,

        Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. 3:21-cv-05497-RSM

**ORDER FOR EAJA ATTORNEY FEES, COSTS AND EXPENSES**

Based upon the Stipulated Motion of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $5,484.18 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). This award is based on 25.21 hours of attorney work in 2021 and 2022 at a rate of $217.54 per hour. No expenses or costs are awarded.

If the U.S. Department of Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, or owes a debt in an amount less than the amount of attorney's fees awarded herein, the government will honor Plaintiff's assignment of EAJA Fees and pay EAJA fees directly to Plaintiff's counsel, DEBRA J. VENHAUS, at P.O. Box 12488, Mill Creek, WA 98082.

//
//
//

DATED this 1st day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
s/Debra J. Venhaus
Debra J. Venhaus, WSBA 33458
Attorney for Plaintiff
P.O. Box 12488, Mill Creek, WA 98082
Tel: 425-332-3150

Approved for Entry:
s/Debra J. Venhaus (signed per authorization)
Edmund Darcher
Special AUSA
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 30, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to the following:

>Edmund Darcher,
>Special AUSA
>Office of General Counsel, SSA
>701 Fifth Ave., Suite 2900 M/S 221A
>Seattle, WA 98104
>edmund.darcher@ssa.gov

>s/Debra J. Venhaus
>Debra J. Venhaus, WSBA 33458
>Attorney for Plaintiff
>P.O. Box 12488
>Mill Creek, WA 98082
>Tel: 425-332-3150; Fax: 425-332-3195
>DJVLaw1@aol.com